UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store, on behalf of itself and all others similarly situated,<br><br>117 S. 2nd Street<br>Augusta, Arkansas 72006<br><br>        Plaintiff,<br><br>v.<br><br>FDS, INC.<br>8840 Stanford Blvd #4450<br>Howard County<br>Columbia, Maryland 21405<br><br>        Defendant. | Civil Action No. 16-cv-1077 WJN |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ARcare, Inc. d/b/a Parkin Drug Store, by and through counsel, hereby dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: April 26, 2016

Respectfully submitted,

By: /s/ _Marc Jordan_

**JORDAN & TELL, LLP**
Marc Jordan, Fed. Bar No. 25795
mjordan@jordantell.com
10400 Little Patuxent Parkway
Columbia, Maryland 21044
Telephone: (443) 535-0040
Facsimile: (443) 535-0940

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam, Esq.
rpulliam@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

APPROVED THIS 27th DAY OF April, 2016
_/s/_
SENIOR UNITED STATES DISTRICT JUDGE

1